Commonwealth *v.* Samuels, Appellant.

 Submitted March 13, 1972.
*Smith B. Gephart,* for appellant; *Marion E. MacIntyre,* Deputy District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.